UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trustees of the National Electrical Benefit Fund,  Plaintiffs,  v.  United Network Systems, Inc.,  Defendant. | Judge Wood  Magistrate Judge Kim  No. 21 C 6284 |

**Rule 41 Stipulation of Dismissal**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, the Trustees of the National Electrical Benefit Fund, and United Network Systems, Inc., hereby stipulate to dismiss this action without prejudice.

/s/ David R. Shannon
David R. Shannon
846 S. Madison Ave.
La Grange, IL 60525
(708) 579-0250
Attorney for the Trustees of the
National Electrical Benefit Fund

/s/ Gregg Rzepczynski
Gregg Rzepczynski
175 W. Jackson Blvd., Suite 240
Chicago, IL 60604
(312) 939-8028
Attorney for United Network Systems, Inc.