**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Trustees of the National Electrical Benefit Fund
 Plaintiff,

v. Case No.: 1:21−cv−06284
 Honorable Andrea R. Wood

United Network Systems, Inc.
 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 22, 2022:

  MINUTE entry before the Honorable Young B. Kim: In light of the dismissal, (R. 11), all matters relating to the referral of this action have been concluded. The referral is closed and the case is returned to the assigned District Judge. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.